## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

KOOL PAK, INC.,
a Florida corporation

        Plaintiff,

v.

SUN MOUNTAIN SPORTS, INC.
a Montana corporation

        Defendant.

Case No.: 0:11-cv-61834-JIC

**CONSENT JUDGMENT**

The parties having reached a settlement of their dispute and having jointly stipulated to and requested entry of this Final Judgment on Consent, without any admission of liability, and for good cause shown, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.    Plaintiff Kool Pak, Inc. ("Kool Pak") is a corporation organized and existing under the laws of the State of Florida with an address of 2700 N. 29th Avenue, Hollywood, Florida 33020.

2.    Kool Pak is the exclusive licensee of Marc Zingler, who owns all right, title and interest in and to the mark KOOL PAK for a variety of goods, including non-insulated and insulated bags and containers for food or beverages ("the KOOL PAK Mark").

3.    Defendant Sun Mountain Sports, Inc. ("Sun Mountain") is a corporation organized and existing under the laws of the State of Montana, with a registered address at 301 North 1st Street West, Missoula, Montana 59802.

4.      The Court has jurisdiction over the parties and subject matter jurisdiction over Kool Pak's federal law claims pursuant to Section 39 of the Trademark Act of 1946, 15 U.S.C. § 1121 and under the Judicial Code, 28 U.S.C. §§1331, and 1338, and the Court has supplemental jurisdiction over Kool Pak's Florida state and common law claims pursuant to 28 U.S.C. §1367.

5.      Pursuant to 15 U.S.C. §1116, and the law of the State of Florida, Sun Mountain and each of its agents, servants, employees, attorneys, officers, and all others in privity and acting in concert with them are permanently enjoined from:

(a)     Making any unauthorized use of or registering the mark COOL PAQ, either alone or in combination with any other word, phrase or design, and any other trade name, trademark, service mark or domain name that is confusingly similar to the mark KOOL PAK, in the advertising or sale of any goods;

(b)     Using or registering in any manner any service mark, trademark, trade name, trade dress, domain name, words, numbers, abbreviations, designs, colors, arrangements, collocations, or any combinations thereof that imitates, resembles or suggests the well known trademark KOOL PAK;

(c)     Otherwise infringing Kool Pak's trademarks;

(d)     Unfairly competing with Kool Pak, diluting the distinctiveness of its well known mark, and otherwise injuring Kool Pak's business reputation in any manner.

6.      The provisions of this Final Judgment and Order shall be accorded full *res judicata* effect.

7.     The Court retains continuing jurisdiction over this matter and the parties for the purpose of enforcing this Final Judgment and Order

8.     Each party shall bear its own costs and attorneys fees.

**IT IS SO ORDERED.**

_____
Date 11/6/11

_____
UNITED STATES DISTRICT JUDGE

**STIPULATED TO:**

KOOL PAK, INC.

By _____
Jeffrey B. Smith

Jeffrey B. Smith, P.A.
1401 E. Broward Blvd.,
Suite 200
Fort Lauderdale, FL 33301
Telephone:  954-467-3000
Facsimile:   954-467-1932
Attorney for Plaintiff

SUN MOUNTAIN SPORTS INC.

By _____
Michael J. Hughes

INTELLECTUAL PROPERTY LAW OFFICE
95 South Market Street, Suite 570
San Jose, California 95113
Telephone: (408) 558-7890
Attorney for Defendant